UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 26 U.S.C. § 5861(f) |
| | ) Making an Unregistered |
| DAVID CASSADY | ) Destructive Device |
| | ) |
| | ) 18 U.S.C. § 1716(j)(2) |
| | ) Mailing a Destructive Device |
| | ) |
| | ) 18 U.S.C. § 844(f)(1)&(2) |
| | ) Attempted Malicious Use of an |
| | ) Explosive |
| | ) |
| | ) 18 U.S.C. § 924(c)(1)(b) |
| | ) Possession of a Destructive |
| | ) Device in Furtherance of a Drug |
| | ) Trafficking Crime |

**CR6:24-004**

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Making an Unregistered Destructive Device*
26 U.S.C. § 5861(f)

Beginning no later than late September 2019 and through on or about January 24, 2020, in Tattnall County, within the Southern District of Georgia, the Defendant,

**DAVID CASSADY,**

knowingly made a destructive device, namely, a bomb, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(f) and 5845(a) and (f).

## COUNT TWO
*Mailing a Destructive Device*
18 U.S.C. § 1716(j)(2)

On or about January 24, 2020, in Tattnall County, within the Southern District of Georgia, the Defendant,

**DAVID CASSADY,**

knowingly deposited for mailing at the Georgia State Prison a package addressed to the United States Courthouse and Federal Building, 222 W 7th Ave, Anchorage, Alaska, containing a nonmailable matter (explosives, namely, a bomb), with intent to kill and injure a person and with intent to injure the mails and other property.

All in violation of Title 18, United States Code, Section 1716(j)(2).

## COUNT THREE
*Mailing a Destructive Device*
18 U.S.C. § 1716(j)(2)

On or about January 24, 2020, in Tattnall County, within the Southern District of Georgia, the Defendant,

**DAVID CASSADY,**

knowingly deposited for mailing at the Georgia State Prison a package addressed to 1400 New York Ave NW, Washington DC, containing a nonmailable matter (explosives, namely, a bomb), with intent to kill and injure a person and with intent to injure the mails and other property.

All in violation of Title 18, United States Code, Section 1716(j)(2).

## COUNT FOUR
*Attempted Malicious Use of Explosive Materials*
18 U.S.C. § 844(f)(1)

On or about January 24, 2020, in the Southern District of Georgia, the Defendant,

**DAVID CASSADY,**

attempted to maliciously damage or destroy, by means of fire or explosive, a building in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, to wit: United States Courthouse and Federal Building, 222 W 7th Ave, Anchorage, Alaska, and created substantial risk of injury to a person.

All in violation of Title 18, United States Code, Sections 844(f)(1) and 844(f)(2).

# COUNT FIVE
*Attempted Malicious Use of Explosive Materials*
18 U.S.C. § 844(f)(1)

On or about January 24, 2020, in the Southern District of Georgia, the Defendant,

**DAVID CASSADY,**

attempted to maliciously damage or destroy, by means of fire or explosive, a building in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, to wit: 1400 New York Ave NW, Washington, DC, and created substantial risk of injury to a person.

All in violation of Title 18, United States Code, Sections 844(f)(1) and 844(f)(2).

*{Signatures on the Following Page}*

*{Signatures on the Following Page}*

A True Bill.

███████████████████████████████
Foreperson

_____
Jill E. Steinberg
United States Attorney

_____
L. Alexander Hamner
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

7