IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 624-04 |
| | ) | |
| DAVID CASSADY | ) | |

**O R D E R**

Before the Court is the government's Motion to Amend/Correct the Indictment, in which the government seeks to remove, in the caption of the case, the incorrect reference to a nonexistent charge for Possession of a Destructive Device in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(b). (Doc. no. 5.) The Court **GRANTS** the motion. (Id.) The government shall file a corrected indictment and penalty certification as a stand-alone entry on the docket within fourteen days of this Order.[1]

SO ORDERED this 8th day of April, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Requiring the filing of a corrected indictment as a stand-alone entry bearing the signature of the applicable government attorney is the standard practice followed by this Court in such circumstances. See, e.g., United States v. Strickland, CR 121-076, doc. nos. 13, 19, 20; United States v. Gunn, CR 120-014, doc. nos. 36, 38, 41; United States v. Hill, CR 114-028, doc. nos. 18, 19, 20.