UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR624-004 |
| | ) | |
| DAVID CASSADY | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**L. Alexander Hamner** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT L. Alexander Hamner** be granted leave of absence for the following periods: June 3, 2024 through June 7, 2024; and June 17, 2024 through June 21, 2024.

**ORDERED**, this the ___7th___ day of May, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA