IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID CASSADY,<br><br>Defendant. | CASE NO.: 6:24-cr-00004 |

**JOINT STATUS REPORT**

I. Date of Status Report Conference: <u>October 30, 2024</u>

II. Conference Attendees:

| Name | Role |
|---|---|
| Elizabeth Major | AUSA |
| Tina Maddox | Attorney for Defendant |

III. Pretrial Motions.

☒ All pretrial motions have been satisfied or otherwise resolved.

☐ The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| | Y/N | Y/N | Y/N |
| | Y/N | Y/N | Y/N |
| | Y/N | Y/N | Y/N |

**Complete Remaining Portions Only In Judge Baker Cases**

IV. Are the parties prepared to proceed to trial?  If so, list three potential dates for a telephonic status conference with the presiding District Judge.  <u>No</u>

| Dates for Telephonic Conference |
|---|
| _____ |
| _____ |
|  |

V. Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request?  <u>Yes</u>

| Additional Time Requested |
|---|
|  |

This day October 30, 2024.

*/s/ E. Elizabeth Major*
Assistant United States Attorney


*/s/ Tina E. Maddox*
Defense Counsel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 6:24-cr-00004 |
| DAVID CASSADY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing JOINT STATUS REPORT on all parties in the case by notice of electronic filing generated as a result of this electronic filing in this Court.

This 30th day of October 2024.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: */s/E. Elizabeth Major*
E. Elizabeth Major (ID #13746)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel: (803) 929-3000
Fax: (803) 254-2943
Email: ellen.major@usdoj.gov