# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

## SENTENCING MINUTES

CRIMINAL CASE NO. CR 624-004           DATE: 09/18/2025

USA V. David Cassady                    TIME: 1:58 pm to 3:17 pm

JUDGE: Honorable J. Randal Hall        COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: ~~Rhea Rangel~~ Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT:         ATTORNEY(S) FOR THE DEFENDANT:
Elizabeth Major                         Tina Maddox

PROBATION OFFICER:                      DEFENDANT SENTENCED ON COUNT(S):
Joseph Brown                            4 and 5

---

Y  PSI reviewed in full                 Custody: 960 months
Y  Objections to factual basis          480 ea ct to be served consecutively
Y  Objections to Guideline Calculations Supervised Release: 5 years
N  Changes ordered                      ea ct to be served concurrently

                                        Y  Standard and Special Conditions of Release to be explained by USPO and a written copy to be provided to defendant

Y  Factual Witnesses Thomas Plumley US Postal Inspector
Y  Statement by Counsel                 Probation —
Y  Statement by Defendant               Fine $ -0-
Y  Appeal rights of defendant explained /(waived)  Restitution $ —

Facility requested/recommended:         Special Assessment $ 100.00 ea. ct

                                        Community Service: — hours within — months of release

Defendant remanded Y                    Dismiss Count(s) 1, 2 & 3
Voluntary surrender —                   Plea agreement accepted Y
Departure from guidelines N             Upward —  Downward —